IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02470-GPG

MICHAEL J. MALLISH,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Dep't of Corrections, and
CYNTHIA COFFMAN, the Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the second amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Michael Mallish*, Case No. 09CR726**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
             Jefferson County District Court
             100 Jefferson County Parkway
             Golden, Colorado 80419; and

(2)  Court Services Manager
     State Court Administrator's Office
     1300 Broadway
     Denver, Colorado   80203.

DATED February 8, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge